United States District Court
Southern District of Texas
**ENTERED**
February 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANGEL PORTELA, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-00945 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| OWENS CORNING and OWENS CORNING ROOFING AND ASPHALT, LLC, Defendants. | § | |

**AMENDED SCHEDULING ORDER**

The agreed motion for continuance is GRANTED. Dkt 26.

The parties are ADVISED that (i) no further continuance will be granted, even upon joint motion, absent a showing of actual diligence and extraordinary cause, and (ii) discovery failures may result, at the appropriate time, in the striking of evidence, dismissal of claims, or the striking of defenses.

The following schedule will control disposition of this case:

**1.** ***(expired)*** **MOTIONS TO ADD NEW PARTIES**

The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

**2.** **02/13/2026** **MOTIONS FOR LEAVE TO AMEND PLEADINGS**

Any party seeking leave to amend pleadings after this date must show good cause.

**3a.** **<u>08/10/2026</u>** **EXPERTS (other than attorney's fees)**

The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

**3b.** **<u>09/14/2026</u>** The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

**4.** **<u>10/28/2026</u>** **COMPLETION OF DISCOVERY**

Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

**5.** **<u>11/20/2026</u>** **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)**

No party may file any motion after this date except for good cause shown.

**6.** **<u>01/15/2027</u>** **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

The parties must complete mediation or other form of dispute resolution.

**7.** **<u>02/16/2027</u>** **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE***

The Joint Pretrial Order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

**8.** **<u>03/16/2027</u>** **DOCKET CALL**

Docket call will occur at 1:30 p.m. in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

Any party wishing to make a discovery or scheduling motion must arrange for a premotion conference with the Court before the submission of motion papers. This includes any motion to compel, to quash, for protection, or extension. Follow Section 15 of the Court's procedures.

The parties agree to submit attorney's fees issues to the Court by affidavit after resolution of liability and damages.

Signed on January 30, 2026, at Houston, Texas.

CREskridge

Honorable Charles Eskridge
United States District Judge